**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01562-REB-PAC

JANETTE STERN,

    Plaintiff,

v.

EL PASO CORPORATION,
EL PASO CORPORATION EMPLOYEE BENEFITS PLAN,
BENEFITS COMMITTEE OF THE EL PASO CORPORATION EMPLOYEE
BENEFITS PLAN, and
RELIASTAR LIFE INSURANCE COMPANY (ING),

    Defendants.

## ORDER DISMISSING PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF

**Blackburn, J.**

    The matter comes before the court on the **Stipulation To Dismiss Without Prejudice Plaintiff's Second and Third Claims for Relief** [#5], filed November 22, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's second and third claims for relief should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation To Dismiss Without Prejudice Plaintiff's Second and Third Claims for Relief** [#5], filed November 22, 2006, is **APPROVED**; and

2. That plaintiff's First and Second Claims for Relief **ARE DISMISSED WITHOUT PREJUDICE**.

Dated November 27, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**