IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01562-REB-PAC

JANETTE STERN,

    Plaintiff,

v.

EL PASO CORPORATION,
EL PASO CORPORATION EMPLOYEE BENEFITS PLAN,
BENEFITS COMMITTEE OF THE EL PASO CORPORATION EMPLOYEE BENEFITS PLAN, and
RELIASTAR LIFE INSURANCE COMPANY (ING),

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Agreed Protective Order is made an order of the Court this date.

Dated:  February 6, 2007