IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01562-REB-PAC

JANETTE STERN,

    Plaintiff,

v.

EL PASO CORPORATION,
EL PASO CORPORATION EMPLOYEE BENEFITS PLAN,
BENEFITS COMMITTEE OF THE EL PASO CORPORATION EMPLOYEE
BENEFITS PLAN, and
RELIASTAR LIFE INSURANCE COMPANY (ING),

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

    It is hereby **ORDERED** that a hearing on Defendants' Motion to Strike Plaintiffs' Expert Witness Disclosures (Doc. #25), filed March 14, 2007, is set for **April 26, 2007 at 9:30 a.m. in Courtroom A501 of the Arraj Courthouse.**

    FURTHER **ORDERED** that the Joint Motion to Stay Discovery Pending Court Ruling on Defendants' Motion to Strike Plaintiffs' Expert Witness Disclosures (Doc. #31), filed April 6, 2007, is **GRANTED**.

    All persons entering the Alfred A. Arraj United States Courthouse are required to show a valid current  photo identification.   See D.C.COLO.LCivR 83.2B.

Dated:  April 9, 2007